FINCH v. HOLLINGER.

1. **Replevin**: EXECUTION: SHERIFF. An action to recover possession of specific personal property cannot be maintained against a sheriff who holds it by virtue of an execution, unless the plaintiff, prior to the commencement of the suit, gives the sheriff notice of his ownership thereof.

*Appeal from Hardin Circuit Court.*

FRIDAY, JUNE 16.

THE defendant, as constable, holding an execution in favor of one Caldwell against Chaney, levied the same upon the property in question as the property of said Chaney. The defendant, holding a chattel mortgage upon the property, brought this action to recover possession thereof. The defendant averred in his answer and proved upon the trial that no notice of plaintiff's ownership of the property was served upon him, as required by Sec. 3055 of Code. Judgment for defendant. Plaintiff appeals.

*J. H. Scales*, for appellant.

*Wm. V. Allen*, for appellee.

ADAMS, J.—In the case of *Kaster & Farwell v. Pease*, 42 Iowa, 488, it was held that an action to recover possession of specific personal property cannot be maintained against a sheriff who holds the property by virtue of an execution, unless the plaintiff has prior to the commencement of the suit, given the sheriff notice of his ownership, in accordance with the provisions of the Code, Sec. 3055.

The judgment of the Circuit Court must be

AFFIRMED.